# IN RE DALILAH N.*
## (AC 16767)

Hennessy, Sullivan and Dupont, Js.

Argued April 30—officially released May 19, 1998

## Per Curiam. The judgment is affirmed.

---

*In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book (1998 Rev.) § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.